UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-14-MOC

| | |
|---|---|
| MILTON RIOS, ) | |
| ) | |
| Plaintiff, pro se, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| BULL CITY FINANCIAL, ) | |
| SOLUTIONS, INC., ) | |
| NATIONAL CREDIT SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's Notice of Voluntary Dismissal of this action, (Doc. No. 16), filed pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) of the Federal Rules of Civil Procedure, which the Court construes as a motion under FED. R. CIV. P. 41(a)(2).

The Court **GRANTS** the motion. (Doc. No. 16). This action is dismissed with prejudice.

Furthermore, the following pending motion shall be terminated as **MOOT**: Defendant National Credit System, Inc.'s Motion to Dismiss. (Doc. No. 13).

The Clerk is instructed to close this case.

**IT IS SO ORDERED**.

Signed: August 6, 2024

*Max O. Cogburn Jr.*
United States District Judge

-1-